B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Mexico

In re  **Harpole Construction, Inc. a New Mexico Domestic Profit**
Debtor(s)

Case No. _____
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Ally Financial<br>P.O. Box 380902<br>Minneapolis, MN 55438-0902 | Ally Financial<br>P.O. Box 380902<br>Minneapolis, MN 55438-0902 | | | 205,582.25<br><br>(0.00 secured) |
| American Express Platinum<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | American Express Platinum<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | Credit Card | | 142,635.03 |
| Comptroller of Public Accounts<br>P.O. Box 12020<br>Austin, TX 78711-3003 | Comptroller of Public Accounts<br>P.O. Box 12020<br>Austin, TX 78711-3003 | | | 136,243.63 |
| Darby Equipment Company<br>2940 N. Toledo Ave.<br>Tulsa, OK 74115 | Darby Equipment Company<br>2940 N. Toledo Ave.<br>Tulsa, OK 74115 | | | 71,323.77<br><br>(0.00 secured) |
| Enduro Pipeline Services Inc.<br>P.O. Box 3489<br>Tulsa, OK 74101-3489 | Enduro Pipeline Services Inc.<br>P.O. Box 3489<br>Tulsa, OK 74101-3489 | | | 141,351.83<br><br>(0.00 secured) |
| GE Capital<br>P.O. Box 3083<br>Cedar Rapids, IA 52406-3083 | GE Capital<br>P.O. Box 3083<br>Cedar Rapids, IA 52406-3083 | | | 101,203.92<br><br>(0.00 secured) |
| Hobbs Welding Supply BCWS<br>123 N. Grimes<br>Hobbs, NM 88240 | Hobbs Welding Supply BCWS<br>123 N. Grimes<br>Hobbs, NM 88240 | Vendor | | 56,915.47 |
| Industrial Maintenance Contractor<br>2301 Garden City Hwy<br>Midland, TX 79701 | Industrial Maintenance Contractor<br>2301 Garden City Hwy<br>Midland, TX 79701 | | | 111,849.63<br><br>(0.00 secured) |
| Kirby Smith Machinery (KSM)<br>7301 E. I-20<br>Odessa, TX 79765 | Kirby Smith Machinery (KSM)<br>7301 E. I-20<br>Odessa, TX 79765 | | | 170,468.29<br><br>(0.00 secured) |
| Kysar Insurance Agency<br>300 W. Arrington, Ste. 100<br>Farmington, NM 87401 | Kysar Insurance Agency<br>300 W. Arrington, Ste. 100<br>Farmington, NM 87401 | Insurance | | 158,896.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Harpole Construction, Inc. a New Mexico Domestic Profit        Case No. _____
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| M&R Trucking<br>P.O. Box 600<br>Farmington, NM 87499 | M&R Trucking<br>P.O. Box 600<br>Farmington, NM 87499 | | | 161,960.50<br><br>(0.00 secured) |
| NM Taxation & Revenue Dept.<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | NM Taxation & Revenue Dept.<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | | | 261,762.67 |
| NTACT I&E Ltd.<br>P.O. Box 13328<br>Odessa, TX 79768 | NTACT I&E Ltd.<br>P.O. Box 13328<br>Odessa, TX 79768 | Vendor | | 296,433.90 |
| Pipetech<br>3909 S. Elwood Ave.<br>Tulsa, OK 74107 | Pipetech<br>3909 S. Elwood Ave.<br>Tulsa, OK 74107 | | | 274,251.85<br><br>(0.00 secured) |
| PSS Companies<br>1010 Lamar St., Ste. 710<br>Houston, TX 77002 | PSS Companies<br>1010 Lamar St., Ste. 710<br>Houston, TX 77002 | Vendor | | 301,558.39 |
| Roper Inc.<br>P.O. Box 1683<br>Odessa, TX 79760-1683 | Roper Inc.<br>P.O. Box 1683<br>Odessa, TX 79760-1683 | Vendor | | 427,935.55 |
| Sunbelt Equipment Marketing<br>500 Davenport Drive<br>College Station, TX 77845 | Sunbelt Equipment Marketing<br>500 Davenport Drive<br>College Station, TX 77845 | Vendor | | 62,428.81 |
| Wells Fargo Finance<br>733 Marquette Ave., Ste. 700<br>Minneapolis, MN 55402 | Wells Fargo Finance<br>733 Marquette Ave., Ste. 700<br>Minneapolis, MN 55402 | | | 196,592.75<br><br>(0.00 secured) |
| Worldwide Machinery Pipeline<br>P.O. Box 122615<br>Dallas, TX 75312-2615 | Worldwide Machinery Pipeline<br>P.O. Box 122615<br>Dallas, TX 75312-2615 | | | 366,322.61<br><br>(0.00 secured) |
| Wright Express (WEX)<br>P.O. Box 6293<br>Carol Stream, IL 60197-6293 | Wright Express (WEX)<br>P.O. Box 6293<br>Carol Stream, IL 60197-6293 | Vendor | | 109,466.92 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  10/02/15                     Signature  /s/ Jerry Harpole Sr.
                                              Jerry Harpole, Sr.
                                              President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy