UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Harpole Construction, Inc., New Mexico Domestic Profit
EIN: 47-0886258,

Debtor.                                                      No.

**AFFIDAVIT OF WILLIAM F. DAVIS AND DISCLOSURE OF
COMPENSATION PURSUANT TO RULES 2014 AND 2016**

| | |
|---|---|
| STATE OF NEW MEXICO | ) |
| | )ss. |
| COUNTY OF BERNALILLO | ) |

William F. Davis, being first duly sworn and pursuant to Fed. R. Bankr. P. 2014 and 2016, deposes and states:

1. I am over the age of eighteen (18) years and I am competent to testify to the matter set forth herein.

2. I am of good moral and professional character and am a current member in good standing of the New Mexico Bar, and authorized to practice before the New Mexico Supreme Court, United States District Court of Colorado, United States District Court of New Mexico, United States District Courts of the Northern District and Southern District of Texas, Colorado Supreme Court, and the United States Court of Appeals for the 10th Circuit. I am recognized as a Bankruptcy – Business Law Specialist by the New Mexico Board of Legal Specialization. I received my Master of Business Administration Degree (MBA) in 1981 from the University of New Mexico.

3. I am a shareholder and director in the law firm of William F. Davis & Assoc., P.C. (the "Firm"), the firm which the Debtor seeks to employ as counsel by its Motion.

4. The Firm and members of William F. Davis & Assoc., P.C. are well qualified to represent the Debtor as counsel and are willing to accept employment on the basis set forth in the Motion.

1

5. To the best of the undersigned's knowledge, information and belief, after making reasonable inquiry, the Firm, and its members have no connections with the Debtor, creditors of the Debtor, any other party in interest or their respective attorneys or accountants.

6. Additionally, the Firm and its members and associates do not hold or represent or have any connection with the United States Trustee or any person employed in the office of the United States Trustee.

7. The Firm, its members, and its associates do not hold any interest adverse to the above-entitled estate.

8. The Firm, its members, and its associates have not shared or agreed to share compensation with any other entity.

9. The Firm was hired on August 19, 2015 to investigate and prepare to file a bankruptcy petition for the Debtor. On August 21, 2015, the Debtor paid the Firm a retainer in the amount of $20,000.00 (the "Retainer").

10. In general, the professional services the Firm is to render are:

    a. To represent and to render legal advice to Debtor regarding all aspects of this bankruptcy case, including, without limitation, the continued operation of Debtor's business, meetings of creditor, claims objections, adversary proceedings, plan confirmation and all hearings before the court.

    b. To prepare on behalf of Debtor necessary petitions, answers, motions, applications, orders, reports and other legal papers, including Debtor's plan of reorganization and disclosure statement;

    c. To assist Debtor in taking actions required to effect reorganization under Chapter 11 of the Bankruptcy Code;

    d. To perform all legal services necessary or appropriate for Debtor's continued operation; and

    e. To perform any other legal services for Debtor as it deems appropriate.

11. The Debtor desires to employ said attorneys at the hourly rate of $325.00 for William F. Davis, Esq., $250.00 for Andrea DS Woody, Esq., $225.00 for Nephi D. Hardman, Esq., $200.00 for Christopher D. Dvorak, Esq., $105.00 for paralegal time, plus costs, expenses and applicable taxes, as set forth in the retainer agreement attached as Exhibit B to the Debtor's Motion to Employ Attorneys.

12. The Attorneys have received $20,000.00 and have applied $7,615.75 to pay for pre-petition services, tax, expenses, filing fee and are holding in trust the remainder of $12,384.25.

                                                              */s/ William F. Davis*
                                                              William F. Davis, Esq.

SUBSCRIBED AND SWORN to before me this 2nd, day of October, 2015, by William F. Davis.

                                                */s/ Jenny Renee Baca*
                                                (Notary Public)

My Commission Expires: August 3, 2017

OFFICIAL SEAL
Jenny Renee Baca
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 8/3/2017

F:\Harpole Construction, Inc\Employment\Rule 2016 Statement.Davis..rb