UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

MINUTE ENTRY

Hearing Information:

Debtor:  Harpole Construction, Inc.
Case Number:      15-12630-t11

Date/Time:    10/22/2015 02:30 pm
Bankruptcy Judge:   David T. Thuma
Law Clerk:  Nicholas G DeRosa
Courtroom Deputy:  Christa Lucero

(TA)  Hearing on Proposed Stipulated Cash Collateral Order

APPEARANCES:

Atty for Debtor: Bill Davis (by phone)
Atty for Creditor Four Corners Community Bank: Jim Askew (by phone)
Atty for UST: Leonard Martinez-Metzgar
Atty for NMTR: Jim Jacobson (by phone)
Atty for Creditor Texas Comptroller of Public Accounts and Texas Workforce
Commission: Kimberly Walsh (by phone)

Proceedings:

I, Christa Lucero, certify that a true and complete electronic sound recording of this proceeding was made.

TIME STARTED:    2:35 P.M.                    TIME ENDED:  3:14 P.M.


**DAVIS TO MODIFY AND FILE STIPULATED ORDER**

**DAVIS TO SEND NOTICE TO FILE OBJECTIONS BY MONDAY, OCTOBER 26, 2015**

**CASH COLLATERAL HEARING FOR NOVEMBER AND DECEMBER IS SET FOR NOVEMBER 2, @ 9:00 (1/2 DAY)**