UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In Re:
**HARPOLE CONSTRUCTION, INC.,**

    Debtor(s).                                          No. 15-12630-t11

## APPOINTMENT OF A COMMITTEE OF
## UNSECURED CREDITORS IN A CHAPTER 11 CASE

The following persons, selected from unsecured creditors who are willing to serve, are hereby appointed to the committee of unsecured creditors pursuant to 11 U.S.C. § 1102(a)(1):

Roper Inc.
PO Box 1683
Odessa TX 79760-1683

Kysar Insurance Agency
300 W. Arrington, Suite 100
Farmington NM 87401

Hobbs Welding Supply, BCWS
123 N. Grimes
Hobbs NM 88240

NTACT I&E Ltd.
P.O. Box 13328
Odessa TX 79768

Respectfully Submitted,

        SAMUEL K. CROCKER
        United States Trustee

        /s/ Filed electronically October 29, 2015
        LEONARD MARTINEZ-METZGAR
        Trial Attorney
        P. O. Box 608
        Albuquerque, NM 87103
        (505) 248-6548
        (505) 248-6558 (fax)
        leonard.martinez-metzgar@usdoj.gov

## CERTIFICATE OF SERVICE

      This certifies that a copy of the foregoing document was served by the Bankruptcy Court's electronic filing system on all parties who have entered an appearance on this case, on October 29, 2015. I additionally certify that I mailed a copy of the foregoing, postage prepaid to the above mentioned parties and the below listed on October 29, 2015.

William F. Davis, Esquire
Attorneys for Debtor In Possession
6709 Academy NE, Suite A
Albuquerque NM 87109
(505) 243-6129
(505) 247-3185 (facsimile)
daviswf@nmbankruptcy.com

Harpole Construction, Inc.
PO Box 27
Farmington NM 87499

State of NM, Tax & Revenue
Attn: James C. Jacobsen, Esquire
PO Box 8575
Albuquerque NM 87109
(505) 222-9085
(505) 222-9006 (facsimile)
jjacobsen@nmag.gov

Texas Comptroller of PA and Texas Workforce
Attn: Kimberly A. Walsh, Esquire
PO Box 12548
Austin TX 78711-2548

(512) 475-4863
(512) 936-1409 (facsimile)
Bk-kwalsh@texasattorneygeneral.gov

Allan Wainwright, Esquire
Attorney for Ford Motor Credit Company, LLC
800 Lomas Blvd, NW
Albuquerque NM 87102-3150
(505) 842-1313
Carribowen1@yahoo.com

Miller Stratvert, P.A.
Attn:   Dylan O'Reilly, Esquire
Attorney for M&R Trucking, Inc.
PO Box 1986
Santa Fe NM 87504-1986
(505) 989-9614
(505) 989-9857 (facsimile)
doreilly@mstlaw.com

Askew & Mazel, LLC
Attn:   Daniel Andrew White, Esquire
Attorney for Four Corners Community Bank
320 Gold Avenue, SW, Suite 300A
Albuquerque NM 87102
(505) 433-3097
(505) 717-1494 (facsimile)
dwhite@askewmazelfirm.com

Synchrony Bank
c/o Recovery Management Systems Corporation
Attn:   Ramesh Singh, Financial Controller
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
(305) 379-7674
(305) 374-8113 (facsimile)
claims@recoverycorp.com

Billy K. Burgett, Esquire
Attorney for Wells Fargo Equipment Finance
800 Lomas Blvd, NW, Suite 100
Albuquerque NM 87102
(505) 768-5888
(505) 243-1766 (facsimile)
burgettlaw@yahoo.com

*/s/ Leonard Martinez-Metzgar*
LEONARD MARTINEZ-METZGAR