UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Harpole Construction, Inc.  No. 15-12630-t11
EIN: 47-0886258

    Debtor.

---

Harpole Construction, Inc., Debtor and Debtor-in-Possession,

    Plaintiff,

vs.  Adv. No. 16-01036-t

Roper, Inc.,

    Defendant.

## NOTICE OF DEADLINE TO OBJECT TO DEBTOR'S MOTION TO SETTLE ALL DISPUTES INCLUDING PROOF OF CLAIM OBJECTION (DOCKET NO. 210); EMERGENCY MOTION TO SHOW CAUSE (DOCKET NO. 218); ADVERSARY CASE 16-01036; AND MOTION TO DESIGNATE CLAIM (DOCKET NO. 242) WITH ROPER, INC. UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a) and (b)

    **PLEASE TAKE NOTICE** that on July 1, 2016, Harpole Construction, Inc. ("Debtor"), by and through its attorneys, William F. Davis & Assoc., P.C. (William F. Davis, Esq.), filed its Motion to Settle All Disputes Including Proof of Claim Objection (Docket No. 210); Emergency Motion to Show Cause (Docket No. 218); Adversary Case 16-01036; and Motion to Designate Claim (Docket No. 242) With Roper, Inc. Under Federal Rule of Bankruptcy Procedure 9019(a) and (b) (the "Motion"). In the Motion, Debtor and Roper, Inc. ("Roper) seek Court authority to settle all of its claims against each other as set forth below (the "Settlement"):

    1. Roper shall grant to the Debtor an enforceable judgment of $55,000.00 to be paid in 3 payments. The first payment of $18,333.34 is to be made on the date that is 30 days after the entry of an Order on this Settlement. The Second payment of $18,333.33 shall be due within 60 days of the Order entered on this Settlement. The third and final payment of $18,333.33 shall be due within 90 days of the Order entered on this Settlement. No interest shall accrue or be charged on the judgment of $55,000.00. The Debtor shall not seek to enforce this judgment as long as payments are made as set out in this paragraph. If the payments are not made as set forth in this paragraph the Debtor may seek enforcement of the judgment.

    2. The judgment outlined above shall be held by Debtor's attorney and will not be enforced unless there is a default.

    3. Upon the entry of an Order approving this Settlement, Roper shall no longer be an interested party in this Bankruptcy Case and will no longer have the authority to vote on any plan of reorganization or to participate any further in this Bankruptcy Case.

    4. Roper shall withdraw any pending objection to the Amended Plan and Disclosure Statement and shall not be permitted to file any objection to the Amended Plan and Disclosure Statement or any subsequent Plan or Disclosure Statement filed in this case.

Notice of Deadline to Object to  Page 1 of 3
Debtors' Motion to Approve
Settlement With Creditor
Roper, Inc.

Case 15-12630-t11    Doc 254    Filed 07/01/16    Entered 07/01/16 13:17:05 Page 1 of 14

5. Roper shall not be permitted to vote on the Amended Plan or any subsequent filed Plan in this case.

6. Roper's proof of claim and amended proof of claim are disallowed in their entirety. An order substantially similar to the one attached as Exhibit A to the Motion shall be entered upon an order approving this Settlement.

7. Roper shall not have a claim of any kind in this case.

8. Roper shall withdraw from the Committee of Unsecured Creditors and as an interested party in this case.

9. Upon entry of an Order on this Settlement the Debtor shall withdraw its Emergency Motion.

10. Upon entry of an Order on this Settlement the Debtor shall withdraw its Motion to Designate.

11. Upon completion of the 3 payments totaling $55,000.00 by Roper, the Debtor shall file an order in Adversary Case 16-01036 dismissing the complaint with prejudice.

Debtor believes the settlement is fair, equitable, and in the best interest of the estate because Debtor believes the settlement is fair, equitable, and in the best interest of the estate for the following reasons. First, Roper may have valid defenses regarding calculation of some of the amounts owed. Second, upon information and belief, Roper has already spent all funds given to it by Western and the Debtor. It may be difficult for the Debtor to collect on any judgment for amounts more than what are detailed in this Settlement. Third, the complexity of the issues in dispute would require analysis of copious amounts of documents and records as well as multiple depositions to gain additional information. Both sides would likely need to hire professionals to analyze and testify regarding these issues. This process would require the Debtor and its representatives to be away from the business and delay or hinder its ability to perform as well as it can to generate income to fund a reorganization. This process would also result in extensive legal fees on both sides with no promise of recovery beyond the cost of the litigation. Forth, approval of the Settlement is in the best interest of the Estate and is consistent with Debtor's business judgment, because it resolves all pending litigation and claims disputes with Roper. Approval of the Settlement provides the Debtor with immediate cash reserves it can use to fund a reorganization. Settlement facilitates a quicker timeline to plan confirmation and payments to all creditors of the Estate.

**IF YOU OBJECT** to the Motion, you must file a written objection or response with the Clerk of the United States Bankruptcy Court, Dennis Chavez Federal Building and United States Courthouse, 500 Gold Avenue SW, Tenth Floor, PO Box 546, Albuquerque, NM 87103-0546, **within twenty-one (21) days of the date of mailing of this notice plus three (3) days for service of this Notice by mail, for a total of twenty-four (24) days (on or before July 25, 2016 at 5:00 p.m. MST).** If you are an attorney, you must file your objection electronically. You must provide a copy of your objection to William F. Davis & Assoc., P.C., William F. Davis, Esq.

The Motion can be viewed for a per-page fee via the PACER (Public Access to Electronic Court Records) system. Log on to PACER at ecf.nmb.uscourts.gov. For registration and use instructions, see pacer.psc.uscourts.gov/index.html. You may also view this document from a computer at the Clerk's Office between 8:30 am and 4:30 pm, Monday through Friday, at no charge.

Notice of Deadline to Object to          Page 2 of 3
Debtors' Motion to Approve
Settlement With Creditor
Roper, Inc.

Case 15-12630-t11    Doc 254    Filed 07/01/16    Entered 07/01/16 13:17:05 Page 2 of 14

If objections are timely filed, a hearing to consider them will be held before the Honorable David T. Thuma, United States Bankruptcy Judge, in the Dennis Chavez Federal Building and United States Courthouse, 500 Gold Avenue SW, Albuquerque, New Mexico on short notice to the Debtors, the United States Trustee and any objecting parties. If no objections are timely filed, the Court may consider entry of an Order granting the Motion without further notice.

*Note regarding appearing by telephone: If a hearing is held on the Objection, counsel/ parties may appear via telephone by making arrangements with chambers at least one business day prior to the date of the preliminary hearing. The preferred method for requesting appearance by telephone is to send an e-mail message to thumastaff@nmcourt.fed.us to notify the Court of your request to appear by telephone. The e-mail message should include the name of the person who wishes to appear by telephone, the party whom that person represents, the matter to be heard, the date and time of the hearing, the name of the debtor and case number, and the telephone number at which the requesting party wishes to be called. If the party requesting telephonic appearance does not have access to e-mail, that party can make arrangements to appear by telephone at the hearing by calling the chambers of Judge Thuma at ((505)-348-2430) at least one business day prior to the hearing date.*

Respectfully submitted,

WILLIAM F. DAVIS & ASSOC., P.C.
/s/ electronically filed on 07/01/16
William F. Davis, Esq.
6709 Academy Rd NE, Ste A
Albuquerque NM 87109
Telephone: (505) 243-6139
Fax: (505) 247-3185
*Attorneys for Debtor*

I hereby certify that I mailed a copy of the above Notice to the U.S. Trustee, the Debtor, all creditors of the Debtor, and to all counsel of record, all at their addresses of record herein. I attached a copy of the matrix sheet(s) used in this mailing to the original of this Notice.

Date of Mailing: 07/01/16    William F. Davis, Esq.
Number of Copies: 293    William F. Davis & Assoc., P.C.
6709 Academy NE, Suite A
Albuquerque, NM 87109
(505) 243-6129

/s/ 07/01/16
William F. Davis, Esq.

F:\Harpole Construction, Inc\Roper Settlement\Not.DL.Object.Mot.Approve.Settlement.Roper.doc

Notice of Deadline to Object to    Page 3 of 3
Debtors' Motion to Approve
Settlement With Creditor
Roper, Inc.

Case 15-12630-t11    Doc 254    Filed 07/01/16    Entered 07/01/16 13:17:05 Page 3 of 14

Label Matrix for local noticing
1084-1
Case 15-12630-t11
District of New Mexico
Albuquerque
Fri Jul  1 11:51:11 MDT 2016

4 Rivers Equipment
2301 Candelaria Rd. NE
Albuquerque, NM 87107-2038

7 Rivers Equipment
2301 Candelaria Rd. NE
Albuquerque, NM 87107-2038

A Sign Worx
5645 Hwy 64
Farmington, NM 87401-1558

A to Z Tire & Battery Inc.
PO Box 9138
Amarillo, TX 79105-9138

A&M Machine Works
PO Box 1196
Hobbs, NM 88241-1196

ABC Concrete Mfg C0 Inc
1004 S. Lake St
Farmington, NM 87401-5660

ABSW Refrigeration
PO Box 731
Hobbs, NM 88241-0731

AIM Supply
317 E. Murray Dr
Farmington, NM 87401-6617

AIRGAS USA LLC
110 West 7th St.
Suite 1400
Tulsa, OK 74119-1077

ALSCO
PO Box 1288
Farmington, NM 87499-1288

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

Advantas Internet Solutions
PO Box 2154
Farmington, NM 87499-2154

Air Compressor Soutions
3001 Kermit Hwy
Odessa, TX 79764-7306

Airgas USA, LLC
110 W 7th St. Ste. 1400
Tulsa, OK 74119-1077

Ally Bank Corp
PO Box 130424
Roseville, MN 55113-0004

Ally Financial
P.O. Box 380902
Minneapolis, MN 55438-0902

American Express
PO Box 981531
El Paso, TX 79998-1531

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

American Express Platinum
P.O. Box 650448
Dallas, TX 75265-0448

American Express Travel Related Services Com Inc
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

American Fence Co. of NM
7212 E. Main
Farmington, NM 87402-5132

American Value & Meter, Inc.
PO Box 166
Hobbs, NM 88241-0166

Anchor Bolt and Supply Company
PO Box 908
Odessa, TX 79760-0908

Apache Sales, Inc.
PO Box 2186
Hobbs, NM 88241-2186

Aqua Express LLC
1708 N Dal Paso St., Ste 6
Hobbs, NM 88240-3053

James A Askew
Askew & Mazel, LLC
320 Gold Ave S.W.
Suite 300A
Albuquerque, NM 87102-3232

Associated Supply Co., Inc.
PO Box 3888
Lubbock, TX 79452-3888

Auto Parts & Equipment Co.
Attn James Thrasher
911 San Juan Blvd.
Farmington, NM 87401-2721

Aztec Feed & Supply
216 S Main
Aztec, NM 87410-2123

Aztec Rental of Hobbs
329 E Navajo Dr.
Hobbs, NM 88240-9356

B&B Truck Parts
PO Box 3943
Farmington, NM 87499-3943

B&J Welding Supply Inc.
PO Box 3520
Lubbock, TX 79452-3520

BCWS LLC dba
Hobbs Welding Supply
123 N. Grimes
Hobbs, NM 88240-5595

Barracuda Equipment Rentals
901 W Washington Ave.
Midland, TX 79701-6665

Basin Tire & Auto, Inc.
1110 Hutton Ave.
Farmington, NM 87402-7000

Battery Systems Inc.
12322 Monarch St.
Garden Grove, CA 92841-2909

Daniel J Behles
Moore, Bassan & Behles P.C.
3800 Osuna Rd NE, STE #2
Albuquerque, NM 87109-4401

Benchmark Equipment
326 N Bergin Lane
Bloomfield, NM 87413-6728

Bill Williams Tire Center
1500 Rankin HWY
Midland, TX 79701-8117

Billings Electric, Inc.
PO Box 418
Farmington, NM 87499-0418

Blue Print Broadcasting
PO Box 57391
Chicago, IL 60657-7351

Bolt Masters Inc.
726 W Animas St.
Farmington, NM 87401-5617

Richard Lawrence Branch
New Mexico Dept of Workforce Solutions
P.O. Box 1928 Legal Section
Albuquerque, NM 87103-1928

Brandt Thrower
412 W. Arrington St.
Farmington, NM 87401-8404

Broadcast Billing Service
PO Box 236
Northbrook, IL 60065-0236

Broncos Services
PO Box 2404
Hobbs, NM 88241-2404

Bruckner's Truck Sales
4050 Bloomfield HWY
Farmington, NM 87401-2869

Bubble City Truck Wash
5658 HWY 64
Farmington, NM 87401-1563

Billy K Burgett
800 Lomas Blvd NW - Suite 100
Albuquerque, NM 87102-1976

CAT Financial Commerical
PO Box 84006
Columbus, GA 31908-4006

CER Equipment Rental
Nowak & Stauch
10000 N. Central Expressway
Suite 1040
Dallas, TX 75231-2322

CER Equipment Rental, LP
10000 North Central Expressway, Suite 10
Dallas, TX 75231-4177

Captial One Bank
PO Box 30285
Salt Lake City, UT 84130-0285

Cardinal Hardware & Lumber
Attn: Chris Meyers
1231 N. Main
Eunice, NM 88231

Cardinal Laboratories
101 E Marland
Hobbs, NM 88240-6640

Cat Fin Commercial Acct Corp.
CFCA-Attn: Jennifer Fye****251975
2120 WEST END
NASHVILLE, TN 37203-5251

Cat The Rental Store
PO Box 911291
Denver, CO 80291-1291

(p)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

Chad Firth d/b/a X-trem Fence
120 Bowie Circle
Brownwood, TX 76801-6552

| | | |
|---|---|---|
| Challenger Partners Stateline<br>PO Box 64442<br>Lubbock, TX 79464-4442 | Chance Properties Co.<br>PO Box 1221<br>Kermit, TX 79745-1221 | Chase Bank<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Cisco Ford Equipment<br>520 SE Loop 338<br>Odessa, TX 79762-9767 | Citi Cards<br>Box 6500<br>Sioux Falls, SD 57117-6500 |
| City Pipe & Supply Corp.<br>PO Box 2112<br>Odessa, TX 79760-2112 | Compass Bank<br>PO Box 201347<br>Arlington, TX 76006-1347 | Compass Bank (Unsecured) Department<br>c/o Ascension Capital Group<br>PO Box 201347<br>Arlington, TX 76006-1347 |
| Complete Compliance<br>4809 Jefferson St. NE<br>Albuquerque, NM 87109-2102 | Comptroller of Public Accounts<br>P.O. Box 12020<br>Austin, TX 78711-2020 | Contractors Equipment Rent<br>6413 North State Highway 349, Bldg. B<br>Midland, TX 79705-2027 |
| Roger S Cox<br>Underwood Law Firm<br>PO Box 9158<br>Amarillo, TX 79105-9158 | Crazy JJJ's Hot Shot Service<br>PO Box 626<br>Flora Vista, NM 87415-0626 | Cromeens, Hollomon & Sibert, Inc. dba C<br>3800 E. 42nd St., Suite 409<br>Odessa, TX 79762-5928 |
| Crouch Mesa Trailer Sales<br>37A CR 5577<br>Farmington, NM 87401-1418 | Crown Equipment<br>PO Box 1321<br>Odessa, TX 79760-1321 | Custom Truck & Equipment<br>7701 E 24 HWY<br>Kansas City, MO 64125 |
| DXP Enterprises, Inc.<br>7272 Pinemont<br>Houston, TX 77040-6606 | Michael K Daniels<br>PO Box 1640<br>Albuquerque, NM 87103-1640 | Darby Equipment Company<br>2940 N. Toledo Ave.<br>Tulsa, OK 74115-2707 |
| Harrel L. Davis III<br>Gordon Davis Johnson & Shane P.C.<br>4695 N. Mesa<br>El Paso, TX 79912-6150 | William F. Davis<br>6709 Academy NE, Suite A<br>Albuquerque, NM 87109-3363 | DeWees Tool & Supply Inc.<br>c/o Brandt Thrower Law Firm, P.C.<br>412 W. Arrington St.<br>Farmington, NM 87401-8404 |
| Ronald R Del Vento<br>Office of the Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548 | Demand Safety<br>1505 University Blvd. NE<br>Albuquerque, NM 87102-1708 | Dewees Tools & Supply Co.<br>705 W Main St.<br>Farmington, NM 87401-5640 |
| Dex Media<br>PO Box 78041<br>Phoenix, AZ 85062-8041 | Diamond Vogel Paint<br>PO Box 16388<br>Denver, CO 80216-0388 | Diners Club<br>PO Box 6101<br>Carol Stream, IL 60197-6101 |

| | | |
|---|---|---|
| Directory Plus<br>162 Stewart Street<br>Durango, CO 81303-7999 | Ditch Witch of New Mexico, Inc.<br>2520 Comanche Road NE<br>Albuquerque, NM 87107-4704 | Don's Directory, Inc.<br>3500 Clear Fork Road<br>Crawford, CO 81415-9716 |
| Katharine C Downey<br>Sutin Thayer & Browne, A.P.C.<br>PO Box 1945<br>Albuquerque, NM 87103-1945 | ESSCO Pipe & Supply Inc<br>2600 W Main Street<br>Farmington, NM 87401-3240 | Enduro Pipeline Services Inc.<br>P.O. Box 3489<br>Tulsa, OK 74101-3489 |
| English Color Supply<br>Dept. #41536<br>PO Box 650823<br>Dallas, TX 75265-0823 | Enterprise FM Trust<br>7201 S Fulton St.<br>Centennial, CO 80112-3725 | Enviro-Co Oilfield Service Inc.<br>PO Box 836<br>Flora Vista, NM 87415-0836 |
| Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>PO Box 2002<br>Allen, TX 75013-2002 | Farmington Heating & Metal<br>703 W Broadway<br>Farmington, NM 87401-5607 |
| Farmington Muffler, LLC<br>637 W Broadway<br>Farmington, NM 87401-5910 | Fenner Dunlop Conveyor SVC<br>PO Box 347625<br>Pittsburgh, PA 15251-4625 | Filter Supply dba<br>Truck & industrial Supply, LLC<br>5658 US Hwy 64<br>Farmington, NM 87401-1563 |
| Fleetmatics<br>7373 N. Scottsdale Rd., A178<br>Paradise Valley, AZ 85253-3550 | Fleetpride-Southwest<br>PO Box 847118<br>Dallas, TX 75284-7118 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| Ford Motor Credit Company LLC<br>c/o Atty Allan L. Wainwright<br>800 Lomas NW, Ste. 100<br>Albuquerque, NM 87102-1976 | Forza Safety LLC<br>P.O. Box 460<br>Shallowater, TX 79363-0460 | Fostel Enterprises, LLC dba<br>Slicks Auto Supply<br>PO Box 1126<br>Kermit, TX 79745-1126 |
| Four Corners Community Bank<br>Attn Joshua D. Bollacker<br>500 W. Main<br>Farmington, NM 87401-8444 | Four Corners Community Bank<br>c/o Askew & Mazel, LLC<br>320 Gold Ave Ste. 300A<br>Albuquerque, NM 87102-3232 | Four Corners Materials<br>23500 S 1900 , Ste 200<br>Ogden, UT 84401 |
| Four Corners Services Co.<br>6605 E Main<br>Farmington, NM 87402-5123 | Four States Gasket & Rubber, Inc.<br>475 E. Cedar<br>Farmington, NM 87401-7169 | Franks Supply Company, Inc.<br>3311 Stanford Dr. NE<br>Albuquerque, NM 87107-2006 |
| GE Capital<br>P.O. Box 3083<br>Cedar Rapids, IA 52406-3083 | GE Capital Commercial Inc.<br>300 E John Carpenter Fwy<br>Irving, TX 75062-2727 | Gene's Frame & Alignment Inc.<br>1213 Acacia St.<br>Farmington, NM 87401-7165 |

| | | |
|---|---|---|
| Ryan C Gentry<br>Nowak & Stauch<br>10000 N. Central Expressway<br>Suite 1040<br>Dallas, TX 75231-2322 | Globe Energy Service<br>3204 W Hwy 180<br>Snyder, TX 79549-7858 | Globe Energy Services, LLC<br>PO Box 204676<br>Dallas, TX 75320-4676 |
| Golden Equipment<br>1150 Madison Lane<br>Farmington, NM 87401-2865 | Golden Equipment Company<br>721 Candelaria Rd NE<br>Albuquerque, NM 87107-2122 | Grainger Industrial Supply<br>Dept. 856620679<br>PO Box 419267<br>Kansas City, MO 64141-6267 |
| H & E Equipment Services, Inc.<br>7500 Pecue Ln<br>Baton Rouge, LA 70809-5107 | H&E Equipment<br>PO Box 849850<br>Dallas, TX 75284-9850 | Haller-Phillips, Inc.<br>PO Box 67<br>Hobbs, NM 88241-0067 |
| Harpole Construction, Inc.<br>P.O. Box 27<br>Farmington, NM 87499-0027 | Harpole Development Inc.<br>PO Box 27<br>Farmington, NM 87499-0027 | Hertz Equipment Rental Corp.<br>PO Box 650280<br>Dallas, TX 75265-0280 |
| Hi-Country Buick, GMC Inc.<br>1700 San Juan Blvd.<br>Farmington, NM 87401-2214 | Higginbotham Bartlett Co, NM<br>1913 25th St.<br>Snyder, TX 79549-2594 | Hobbs Welding Supply, BCWS<br>123 N. Grimes<br>Hobbs, NM 88240-5595 |
| Home Depot Credit Services<br>PO Box 790345<br>Saint Louis, MO 63179-0345 | Honnen Equipment<br>5055 E. 72nd. Ave.<br>Commerce City, CO 80022-1596 | Honstein Oil<br>11 Paseo Real<br>Santa Fe, NM 87507-8482 |
| (p)HOWARD SUPPLY COMPANY LLC<br>1749 S LOOP AVE<br>CASPER WY 82601-9229 | Ibarra Trucking<br>2801 E Elm St.<br>Farmington, NM 87401-7921 | Indian Fire & Safety<br>PO Box 1306<br>Hobbs, NM 88241-1306 |
| Industrial Maintenance Contractor<br>2301 Garden City Hwy<br>Midland, TX 79701-1549 | Stephen Dean Ingram<br>Cavin & Ingram<br>PO Box 1216<br>Albuquerque, NM 87103-1216 | Inland Kenworth, Inc.<br>3924 Bloomfiled Hwy.<br>Farmington, NM 87401-2832 |
| Intermountain Processing & Fabrication<br>Attn Mark Schwab<br>PO Box 3206<br>Farmington, NM 87499-3206 | Interstate Battery System of Pecos River<br>PO Box 3712<br>Hobbs, NM 88241-3712 | Interstate Billing Service Inc.<br>Attn: Whitney Marsh<br>PO Box 2250<br>Decatur, AL 35609-2250 |
| JB Electric LLC<br>PO Box 171<br>Carlsbad, NM 88221-0171 | James C Jacobsen<br>111 Lomas NW Ste 300<br>Albuquerque, NM 87102-2368 | Jal Auto Service & Tires<br>PO Box 263<br>Jal, NM 88252-0263 |

| | | |
|---|---|---|
| Jal County Club<br>PO Box 1283<br>1001 N 3rd St.<br>Jal, NM 88252-1283 | Jalu Fasterners, Inc.<br>214 W Animas<br>Farmington, NM 87401-6406 | Jerry Harpole<br>P.O. Box 27<br>Farmington, NM 87499-0027 |
| Jerry and Debbie Harpole<br>PO Box 27<br>Farmington, NM 87499-0027 | John Deere Financial<br>6400 NW 86th Street<br>PO Box 6600<br>Johnston, IA 50131-6600 | KIVA Measuring Sales & Service<br>2791 D road<br>Grand Junction, CO 81501-2779 |
| Kirby Smith Machinery (KSM)<br>7301 E. I-20<br>Odessa, TX 79765 | Kirby Smith Machinery, Inc<br>Suite 4400<br>Dallas, TX 75201 | Kwal Paint<br>2317 E Main<br>Farmington, NM 87401-7719 |
| Kysar Insurance Agency<br>300 W. Arrington, Ste. 100<br>Farmington, NM 87401-8470 | LI-AN, Ltd<br>7336 Island Green Drive<br>Boulder, CO 80301-3773 | Lea County Septic Tank Service<br>PO Box 703<br>Hobbs, NM 88241-0703 |
| Limons Road Service<br>PO Box 831214<br>San Antonio, TX 78283-1214 | Lindsay Water Sales<br>PO Box 568<br>Pecos, TX 79772-0568 | Russell C Lowe<br>PO Box 90536<br>Albuquerque, NM 87199-0536 |
| M&R Trucking<br>c/o Atty Seth V Bingham<br>PO Box 869<br>Farmington, NM 87499-0869 | M&R Trucking, Inc.<br>Butch Mathews, President<br>PO Box 600<br>Farmington, NM 87499-0600 | M&R Trucking, Inc.<br>PO Box 600<br>Farmington, NM 87499-0600 |
| Bruce F. Malott<br>O2 Consulting Group<br>111 Lomas NW, Suite 230<br>Albuquerque, NM 87102-2369 | Marquez Industrial Rental<br>311 W Cedar<br>Farmington, NM 87401-5928 | Leonard K Martinez-Metzgar<br>PO Box 608<br>Albuquerque, NM 87103-0608 |
| Mass Marketing Inc.<br>7209 Dixie Hwy<br>Fairfield, OH 45014-5544 | McBride Supplies It All, LLC<br>P.O. Box 1105<br>Hobbs, NM 88241-1105 | McJunkin Read Man Corp.<br>PO Box 676316<br>Dallas, TX 75267-6316 |
| Mendford Trucking<br>PO Box 87<br>Wink, TX 79789-0087 | Metro Equipment & Rental Co. Inc.<br>PO Box 60331<br>Midland, TX 79711-0331 | Midwest Hose & Specialty Inc.<br>PO Box 96558<br>Oklahoma City, OK 73143-6558 |
| Mo-Te<br>PO Box 223<br>Farmington, NM 87499-0223 | George M Moore<br>Moore, Bassan & Behles P.C.<br>3800 Osuna Rd NE, STE #2<br>Albuquerque, NM 87109-4401 | Murdock-York Co. Inc. dba<br>York Tire Co.<br>1400 N. Grimes<br>Hobbs, NM 88240-3726 |

| | | |
|---|---|---|
| NAPA Auto Parts-Big Springs<br>306 S Gregg St.<br>Big Spring, TX 79720-2436 | NAPA Auto Parts-Odessa<br>409 E 2nd St.<br>Odessa, TX 79761-5431 | NAPA Auto parts-Lordsburg<br>102 S Animas St.<br>Lordsburg, NM 88045-1902 |
| NM Taxation & Revenue Dept.<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | NRE Field Services, LLC<br>3040 south Side River Rd.<br>Farmington, NM 87401-7965 | NTACT I&E Ltd.<br>P.O. Box 13328<br>Odessa, TX 79768-3328 |
| NVI - Nondestructive<br>1404 Rice Road, Suite 200<br>Tyler, TX 75703-3262 | NVI LLC dba Nondistructive<br>P.O. Box 1690<br>Gray, LA 70359-1690 | Nelson Revegetation LLC<br>3040 Southside River Road<br>Farmington, NM 87401-7965 |
| New Mexico Department of Workforce Solutions<br>fka NM Dept of Labor<br>PO Box 1928<br>Attn: Legal Section<br>Albuquerque, NM 87103-1928 | New Mexico Taxation & Revenue Department<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | New Mexico Workforce Solutions<br>PO Box 1928<br>Albuquerque, NM 87103-1928 |
| Noel's Inc.<br>601 Scott Ave.<br>Farmington, NM 87401-7177 | O.R.E. Systems, Inc.<br>PO Box 3677<br>Farmington, NM 87499-3677 | ORYX Oilfield Services, LLC<br>Attn: Matthew J Mahone<br>611 South Main Street<br>Grapevine, TX 76051-5376 |
| Off Again Drivelines, Inc.<br>613 E Murray<br>Farmington, NM 87401-6623 | Oil & Gas Equipment Corporation<br>Attn: Sue Lassier<br>8 Road 35o<br>Flora Vista, NM 87415 | On the Spot Cleaning<br>PO Box 31<br>Kirtland, NM 87417-0031 |
| P&A Maintenance & Repair LLC<br>PO Box 59<br>Jal, NM 88252-0059 | PSS Companies<br>1010 Lamar St., Ste. 710<br>Houston, TX 77002-6312 | Parts 4 Plus<br>321 S Turner<br>Hobbs, NM 88240-8441 |
| Permian Auto Group<br>701 Navajo Drive<br>Hobbs, NM 88240-9447 | Pipeline Intelligence Co.<br>PO Box 1099<br>Missouri City, TX 77459-1099 | Pipetech<br>3909 S. Elwood Ave.<br>Tulsa, OK 74107-5819 |
| Pipetech, LLC<br>c/o NCS<br>729 Miner Road<br>Highland Heights, OH 44143-2117 | Radio America<br>PO Box 3307<br>Oak Park, IL 60303-3307 | Redburn Tire Co.<br>PO Box 14828<br>Phoenix, AZ 85063-4828 |
| Rig Equipment & Supply<br>PO Box 3128<br>Farmington, NM 87499-3128 | Rising Sun Plumbing<br>PO Box 3128<br>Aztec, NM 87410 | Roadrunner Car and Truck Wash<br>1616 W Aztec Blvd.<br>Aztec, NM 87410-1806 |

Roberts Truck Center of New Mexico, LLC
dba Summit Truck Group
PO Box 1071
Amarillo, TX  79101

Rojo Supply Company
PO Box 7180
Hobbs, NM 88241-7180

Roper, Inc.
PO Box 1683
Odessa, TX 79760-1683

Roper, Inc.
Attn: Jeff Isom
P.O. Box 1683
Odessa, TX 79760-1683

Rush Truck Center
6521 Hanover Rd. NW
Albuquerque, NM 87121-7763

SWAT IT Solutions, LLC
318 W Bender Blvd
Hobbs, NM 88240-2269

Safety International
PO Box 12060
Odessa, TX 79768-2060

Sam's Club/Synchrony Bank
ATTN:  Bankruptcy Dept.
PO Box 965060
Orlando, FL 32896-5060

San Juan College School of Energy
4601 College Blvd.
Farmington, NM 87402-4699

San Juan Quality Parts
438 E Broadway
Farmington, NM 87401-6442

San Juan Reproduction
135 Airport Drive
Farmington, NM 87401-5599

Sandy's Automotive
909 San Juan Blvd.
Farmington, NM 87401-2721

Sani-Can
PO Box 60278
Midland, TX 79711-0278

Seale Tire Sales and Service
200 W Hwy 302
Kermit, TX 79745

Secor
17321 Groeschke Road
Houston, TX 77084-4625

Serranos, Inc.
PO Box 126
Bloomfield, NM 87413-0126

Sewer Equipment Co. of America
Attn:Cindy Lemm
1590 Dutch Road
Dixon, IL 61021-8624

Shamrock Steel Sales Inc.
PO Box 1492
Odessa, TX 79760-1492

Shamrock Steel Sales, Inc.
c/o JT Morgan
P. O. Box 1311
Odessa, Texas  79760-1311

Sherwin Williams Co.
202 E. Main
Farmington, NM 87401-2794

Southern Tire Mart
12618 W I-20 East
Odessa, TX 79765-9428

Southern Tire Mart, LLC
529 Industrial Park Road
Columbia, MS 39429-8783

Southwest Construction Parts
PO Box 90310
Albuquerque, NM 87199-0310

Southwest Eye Institute
1400 Common Drive
El Paso, TX 79936-5922

Southwest Power Tools
2029 San Juan Blvd.
Farmington, NM 87401-2219

Southwest Safety Service
PO Box 9227
Albuquerque, NM 87119-9227

Southwestern Trailer
2602 W Marland
Hobbs, NM 88240-8653

Staples - More Account
PO Box 6403
Sioux Falls, SD 57117-6403

Steven D. Schlagel CPA
827 Barbara Drive
Farmington, NM 87401

Steven D. Schlagel, CPA. PC
827 Santa Barbara Drive
Farmington, NM 87401-4041

| | | |
|---|---|---|
| Summit Truck Group<br>1825 Lakeway Dr, Suite 700<br>Lewisville, TX 75057-6047 | Summit Truck Group<br>5444 US Hwy 64<br>Farmington, NM 87401-1550 | Sunbelt Equipment Marketing<br>500 Davenport Drive<br>College Station, TX 77845-8421 |
| Sunbelt Equipment Marketing, Inc.<br>c/o Atty Stephen D. Ingram<br>40 First Plaza NW, Suite 610<br>Albuquerque, NM 87102-5801 | Superior Printing Service<br>517 East Broadway<br>Hobbs, NM 88240-6198 | Supervisors Safety<br>PO Box 9227<br>Albuquerque, NM 87119-9227 |
| Synchrony Bank c/o Recovery Management Syste<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | T. Hill Production Services, Inc.<br>PO Box 424<br>Big Lake, TX 76932-0424 | TSClark LLC, dba<br>A-1 Auto Glass<br>1999 San Juan Blvd.<br>Farmington, NM 87401-2217 |
| Taxation and Revenue Department of the State<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | Taylor's Weed & Pest Control Services,<br>PO Box 1536<br>Hobbs, NM 88241-1536 | Tex Mex Rentals and Service LLC<br>2604 NW County Road<br>Hobbs, NM 88240-9237 |
| Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Comptroller of Public Accounts and Tex<br>Kimberly A. Walsh<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Workforce Commission<br>3649 Leopold St., Box 15<br>Corpus Christi, TX 78403-0015 |
| Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>Office of the Atty Gen, BK - Collection<br>PO Box 12548<br>Austin, TX 78711-2548 | The Local Pages<br>4910 W Amelia Earhart Dr., Suite 1<br>Salt Lake City, UT 84116-2831 | The Supply House<br>PO Box 1496<br>Hobbs, NM 88241-1496 |
| Therapy One Inc.<br>3501 N Butler, #101<br>Farmington, NM 87401-6430 | TransUnion LLC<br>Attn: Public Records Dept.<br>PO Box 2000<br>Chester, PA 19022-2000 | Travelers Indemnity Company<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 361345<br>Columbus, OH 43236-1345 |
| Travelers Insurance<br>One Tower Square -9CR<br>Hartford, CT 06183-0002 | Triple S Steel Co.<br>PO Box 21119<br>Houston, TX 77226-1119 | United Rentals (NA) Inc.<br>PO Box 840514<br>Dallas, TX 75284-0514 |
| United States Trustee<br>PO Box 608<br>Albuquerque, NM 87103-0608 | Unsecured Creditors Committee<br>20 First Plaza NW, Ste. 500<br>Albuquerque, NM 87102-5800 | Vermeer Equipment<br>3025 N State Hwy 161<br>Irving, TX 75062-2137 |
| Vermeer Sales Southwest<br>Attn: Kyle Pieratt<br>436 South Hamilton Ct.<br>Gilbert, AZ 85233-5521 | Village of Cuba Water & Sewer<br>PO Box 426<br>Cuba, NM 87013-0426 | Wagner Equipment Co.<br>4000 Osuna RD., NE<br>Albuquerque, NM 87109-4423 |

| | | |
|---|---|---|
| Allan L Wainwright<br>800 Lomas Blvd NW<br>Albuquerque, NM 87102-1976 | Wallach Concrete<br>PO Box 14168<br>Odessa, TX 79768-4168 | Kimberly A Walsh<br>Office of the Attorney General<br>300 West 15th Street, 8th Floor<br>Austin, TX 78701-1649 |
| Warren CAT<br>PO Box 905229<br>Charlotte, NC 28290-5229 | Waste Management<br>Bankruptcy Department<br>2625 W. Grandview Rd. Ste 150<br>Phoenix, AZ 85023-3109 | Wavco Pipe & Steel<br>3900 Moringstar Drive<br>Farmington, NM 87401-8813 |
| Well Site Solutions<br>1000 W Apache<br>Farmington, NM 87401-3805 | Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 | Wells Fargo Business Direct<br>PO Box 348750<br>Sacramento, CA 95834-8750 |
| Wells Fargo Equipment Finance, Inc.<br>2700 S. Price Road, 3rd Floor<br>Chandler, AZ 85286-7804 | Wells Fargo Finance<br>733 Marquette Ave., Ste. 700<br>Minneapolis, MN 55402-2340 | West Texas Boring<br>PO Box 69396<br>Odessa, TX 79769-0396 |
| Western Supplies Inc.<br>PO Box 551<br>Wichita Falls, TX 76307-0551 | Western Tool Crib<br>2601 E. Main St.<br>Farmington, NM 87401-7725 | Daniel Andrew White<br>Askew & Mazel, LLC<br>320 Gold Ave. SW<br>Suite 300A<br>Albuquerque, NM 87102-3232 |
| Whiteway, Inc.<br>1907 Murray Drive<br>Farmington, NM 87401-7893 | William S. Hommel<br>1404 Rice Road, Suite 200<br>Tyler, TX 75703-3262 | Worldwide Machinery Pipeline<br>P.O. Box 122615<br>Dallas, TX 75312-2615 |
| Wright Express (WEX)<br>P.O. Box 6293<br>Carol Stream, IL 60197-6293 | X-trem Fence<br>125 Bowie Circle<br>Brownwood, TX 76801-6559 | Yellowhouse Machinery<br>P.O. Box 31388<br>Amarillo, TX 79120-1388 |
| Steven Tal Young<br>20 First Plaza, NW<br>Suite 500<br>Albuquerque, NM 87102-5800 | Youngs Factory Built Home<br>4830 E Seminole Hwy<br>Hobbs, NM 88240-8931 | Ziems Ford Corners<br>PO Box 5070<br>Farmington, NM 87499-5070 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caterpillar Financial<br>2120 West End Avenue<br>PO Box 340001<br>Nashville, TN 37203-0001 | Ford Credit<br>National Bankruptcy Service Center<br>PO Box 62180<br>Colorado Springs, CO 80962 | Howard Supply Company<br>PO Box 4869, Dept. 312<br>Houston, TX 77210-4869 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ally Bank Corp. | (u)Caterpillar Financial Services Corporation | (u)Enterprise Fleet Management, Inc. |
| (u)Ford Motor Credit Company LLC | (u)Four Corners Community Bank | (u)JERRY HARPOLE |
| (u)Deborah Harpole | (d)Howard Supply Company, LLC<br>1749 S. Loop Ave.<br>Casper, WY 82601-9229 | (d)Jerry Harpole<br>PO Box 27<br>Farmington, NM 87499-0027 |
| (u)John Deere Construction & Forestry Company | (u)John Deere Construction & Forestry Company | (d)Pipetech, LLC<br>c/o NCS<br>729 Miner Road<br>Highland Heights, OH 44143-2117 |
| (u)Sunbelt Equipment Marketing, Inc. | (u)Wells Fargo Equipment Finance, Inc. | (u)Western Refining Pipeline, LLC |
| (u)Western Refining Southwest, Inc. | (u)Western Refining Terminals, LLC | (u)X-Treme Fence |

End of Label Matrix
Mailable recipients   293
Bypassed recipients    18
Total                 311