UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

HARPOLE CONSTRUCTION, INC.,                          No. 15-12630 t11

    Debtor.

# ORDER RESULTING FROM STATUS CONFERENCE

This matter came before the Court on October 31, 2016 at 1:30 p.m. for a status conference on confirmation of Debtor's proposed Chapter 11 plan. Appearances were noted on the record. Being sufficiently advised, IT IS ORDERED:

    1.    <u>Cash Collateral</u>. A hearing on Debtor's continued use of cash collateral is set for November 9, 2016 at 9:00 a.m. in the Animas Courtroom, 13th Floor, Dennis Chavez Federal Building and Courthouse, 500 Gold Avenue, SW, Albuquerque, New Mexico.

    2.    <u>Motion to Approve Settlement</u>. A hearing on the motion to approve settlement between Debtor and Jerry and Deborah Harpole, doc. 261, will take place on November 10, 2016 at 9:00 a.m., as set forth in the Court's scheduling order, doc. 306.

    3.    <u>Confirmation</u>. The confirmation hearing is continued to January 18, 2017 at 9:00 a.m. in the Animas Courtroom, 13th Floor, Dennis Chavez Federal Building and Courthouse, 500 Gold Avenue, SW, Albuquerque, New Mexico. One day has been set aside for the confirmation hearing.

    4.    <u>Confirmation Exhibits</u>. By January 9, 2017, the parties shall file and serve a list of exhibits, and shall exchange exhibits, except for rebuttal exhibits that cannot reasonably be anticipated. Parties shall provide three copies of the exhibits to Chambers (one for the Court, one for the Court's law clerk, and one for the witness) before the hearing. Debtor's exhibits are to be

marked with numbers, and Creditors' with letters. Each page of any multiple-page exhibit shall be numbered. Exhibits shall be accompanied by a list of the exhibits by number or letter and a brief description or name of each exhibit. If a party intends to offer more than five exhibits, then the exhibits shall be tabbed and bound in three-ring binders or by some similar binding. Any counsel requiring authentication of any exhibit must so notify in writing the offering counsel within seven days before the final hearing date, or objection to authenticity will be waived. The Court generally will exclude exhibits not exchanged as required. The parties shall be prepared to notify the Court at the beginning of the hearing which exhibits can be admitted into evidence by stipulation.

5. <u>Confirmation Witnesses</u>. By January 9, 2017, the parties shall file and serve lists of persons the party expects to call to testify at the final hearing, except for rebuttal witnesses that cannot reasonably be anticipated. The Court may exclude from testifying any witnesses not listed.

_____
Hon. David T. Thuma
United States Bankruptcy Judge

Entered: November 7, 2016

Copies to:

Steven Tal Young
20 First Plaza, NW, Ste. 500
Albuquerque, NM 87102

William Davis
6709 Academy NE, Ste. A
Albuquerque, NM 87109

James C. Jacobsen
111 Lomas NW Ste. 300
Albuquerque, NM 87102-2368

Richard Lawrence Branch
P.O. Box 1928 Legal Section
Albuquerque, NM 87103

Leonard K. Martinez-Metzgar
P.O. Box 608
Albuquerque, NM 87103-0608

Allan L. Wainwright
800 Lomas Blvd NW
Albuquerque, NM 87102-3150

Jeff Weems
6363 Woodway, Suite 1100
Houston, TX 77057

William Steven Bryant
600 Congress Avenue, Ste. 2200
Austin, TX 78701