UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

MINUTE ENTRY

**Hearing Information:**

Debtor:   Harpole Construction, Inc.
Case Number:  15-12630-t11

Date/Time:  11/10/2016 09:00 am
Bankruptcy Judge: David T. Thuma
Law Clerk:        Jaya Rhodes
Courtroom Deputy:  Christa Lucero

(TA) FH on Motion for Approval of Settlement with Harpole Development Inc. and Jearry and Deborah Harpole (261)
Hearing on Motion to Compromise

**APPEARANCES:** Atty for Debtor: Bill Davis
Atty for UCC: Steven Tal Young
Atty Jerry and Deborah Harpole:  Russell Lowe

Proceedings:

I, Christa R. Lucero, certify that a true and complete electronic sound recording of this proceeding was made.

TIME STARTED:  9:11 a.m. TIME ENDED:    3:34 p.m.

**MOTION FOR APPROVAL OF SETTLEMENT WITH HARPOLE DEVELOPMENT INC. AND JERRY AND DEBORAH HARPOLE - GRANTED.
DAVIS TO SUBMIT ORDER**