UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

HARPOLE CONSTRUCTION, INC.,　　　　　　　　　　　　　　No. 15-12630 t11

　　　Debtor.

HARPOLE CONSTRUCTION, INC.

　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　Adv. No. 16-1058 t

MEDALLION MIDSTREAM, LLC,

　　　Defendant.

## ORDER CONTINUING TRIAL AND CONFIRMATION HEARING

　　　This matter came before the Court on November 9, 2016 for a hearing on cash collateral. Bill Davis appeared for the Debtor; Dan White appeared for Four Corners Community Bank; and Richard Branch appeared for New Mexico Department of Workforce Solutions. At the hearing, the Court agreed to continue other matters in accordance with the needs of the case.

　　　Being sufficiently advised, IT IS ORDERED:

　　　1.　　Status Conference. The Court will conduct a status conference in the bankruptcy case and the adversary proceeding on November 29, 2016 at 9:00 a.m. Parties may appear by telephone by contacting chambers staff to make appropriate arrangements in advance of the hearing.

　　　2.　　Previous Scheduling Order. Except as provided herein, the provisions of the Scheduling Order entered October 24, 2016 (doc. 15 in adv. no. 16-1058) remain in force.

3.      Trial of the Adversary Proceeding.  The trial of the adversary proceeding is continued to January 17, 2017, in the Animas Courtroom, 13th Floor, Dennis Chavez Federal Building and Courthouse, 500 Gold Avenue, SW, Albuquerque, New Mexico.  Two days have been set aside for the trial.

4.      Confirmation.  The confirmation hearing is continued to January 27, 2017 at 9:00 a.m. in the Animas Courtroom, 13th Floor, Dennis Chavez Federal Building and Courthouse, 500 Gold Avenue, SW, Albuquerque, New Mexico.  One day has been set aside for the confirmation hearing.

5.      Confirmation Exhibits.  By January 20, 2017, the parties shall file and serve a list of exhibits, and shall exchange exhibits, except for rebuttal exhibits that cannot reasonably be anticipated.  Parties shall provide three copies of the exhibits to Chambers (one for the Court, one for the Court's law clerk, and one for the witness) before the hearing.  Debtor's exhibits are to be marked with numbers, and Creditors' with letters.  Each page of any multiple-page exhibit shall be numbered.  Exhibits shall be accompanied by a list of the exhibits by number or letter and a brief description or name of each exhibit.  If a party intends to offer more than five exhibits, then the exhibits shall be tabbed and bound in three-ring binders or by some similar binding.  Any counsel requiring authentication of any exhibit must so notify in writing the offering counsel within seven days before the final hearing date, or objection to authenticity will be waived.  The Court generally will exclude exhibits not exchanged as required.  The parties shall be prepared to notify the Court at the beginning of the hearing which exhibits can be admitted into evidence by stipulation.

6.      Confirmation Witnesses.  By January 20, 2017, the parties shall file and serve lists of persons the party expects to call to testify at the final hearing, except for rebuttal witnesses that

Case 15-12630-t11    Doc 343    Filed 11/14/16    Entered 11/14/16 08:57:41 Page 2 of 3

cannot reasonably be anticipated. The Court may exclude from testifying any witnesses not listed.

_____
Hon. David T. Thuma
United States Bankruptcy Judge

Entered: November 14, 2016

Copies to:

Steven Tal Young
20 First Plaza, NW, Ste. 500
Albuquerque, NM 87102

William Davis
6709 Academy NE, Ste. A
Albuquerque, NM 87109

James C. Jacobsen
111 Lomas NW Ste. 300
Albuquerque, NM 87102-2368

Richard Lawrence Branch
P.O. Box 1928 Legal Section
Albuquerque, NM 87103

Leonard K. Martinez-Metzgar
P.O. Box 608
Albuquerque, NM 87103-0608

Allan L. Wainwright
800 Lomas Blvd NW
Albuquerque, NM 87102-3150

Jeff Weems
6363 Woodway, Suite 1100
Houston, TX 77057

William Steven Bryant
600 Congress Avenue, Ste. 2200
Austin, TX 78701