**United States Bankruptcy Court**
**District of New Mexico**

In re  **Jerry E. Harpole**
       **Deborah L. Harpole**                Case No.  **16-13010-j11**

Filed   12/05/2016
341:    1/05/16
Judge:  Jacobvitz

_____

Related Company:  District of New Mexico, In re: Case No. 15-12630-t
Harpole Construction, Inc. Chapter 11

Debtor(s)                                   Chapter 11

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF DEBTOR | NAME AND ADDRESS OF CREDITOR OF HARPOLE CONSTRUCTION COMPANY, INC. A DEBTOR OPERATING AS A DIP IN #15-12630 |
|---|---|
| (Jerry | |
| **Jerry and Debbie Harpole**<br>**PO Box 27**<br>**Farmington, NM 87499** | **Sam's Club/Synchrony Bank**<br>**ATTN: Bankruptcy Dept.**<br>**PO Box 965060**<br>**Orlando, FL 32896-5060** |
| **Jerry and Debbie Harpole**<br>**PO Box 27**<br>**Farmington, NM 87499** | **Chase Card Services**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** |
| **Jerry and Debbie Harpole**<br>**PO Box 27**<br>**Farmington, NM 87499** | **Wells Fargo Business Direct**<br>**PO Box 348750**<br>**Sacramento, CA 95834** |
| **Jerry and Debbie Harpole**<br>**PO Box 27**<br>**Farmington, NM 87499** | **American Express**<br>**PO Box 981531**<br>**El Paso, TX 79998-1531** |
| **Jerry and Debbie Harpole**<br>**PO Box 27**<br>**Farmington, NM 87499** | **Captial One Bank**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** |
| **Jerry and Debbie Harpole**<br>**PO Box 27**<br>**Farmington, NM 87499** | **Citi Cards**<br>**Box 6500**<br>**Sioux Falls, SD 57117** |
| **Jerry and Debbie Harpole**<br>**PO Box 27**<br>**Farmington, NM 87499** | **Chase Bank**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** |
| **Jerry and Debbie Harpole**<br>**PO Box 27**<br>**Farmington, NM 87499** | **Diners Club**<br>**PO Box 6101**<br>**Carol Stream, IL 60197-6101** |

_Jerry Harpole_
**Jerry Harpole**
Signature of Debtor 1

_Deborah L. Harpole_
**Deborah L. Harpole**
Signature of Debtor 2