UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Harpole Construction, Inc.  No. 15-12630-t11
EIN: 47-0886258

    Debtor.

---

Harpole Construction, Inc., Debtor and Debtor-in-Possession,

    Plaintiff,
vs.  Adv. No. 16-01063-t

John Deere Construction & Forestry Co.,

    Defendant.

## NOTICE OF DEADLINE TO OBJECT TO DEBTOR'S MOTION TO SETTLE ALL DISPUTES INCLUDING PROOFS OF CLAIM OBJECTIONS (DOCKET NUMBERS 308; 310; and 312) AND ADVERSARY CASE 16-01063 UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a) and (b)

**PLEASE TAKE NOTICE** that on January 3, 2017, Harpole Construction, Inc. ("Debtor"), by and through its attorneys, William F. Davis & Assoc., P.C. (William F. Davis, Esq.), filed its Motion to Settle All Disputes Including Proofs of Claim Objections (Docket Numbers 308; 210; and 312) and Adversary Case 16-01063 Under Federal Rule of Bankruptcy Procedure 9019(a) and (b) (the "Motion"). In the Motion, Debtor and John Deere Construction & Forestry Co. ("John Deere") seek Court authority to settle all of its claims against each other as set forth below (the "Settlement"):

A. In the Debtor's Second Amended Plan ("Plan") John Deere Construction & Forestry Co. ("John Deere") had an unsecured Class 6 claim of $128,321.81 prior to this Settlement. John Deere's Class 6 unsecured claim is increased as set forth below.
B. John Deere shall have an approved secured claim of $68, 797.61 and an approved unsecured claim of $14,797.61 for Proof of Claim #90 on the 2014 John Deere 310SK SN CEE257745.
C. John Deere shall have an approved secured claim of $36,415.93 and an approved unsecured claim of $8,515.93 for Proof of Claim #89 on the 2007 John Deere 410J 4x4 SN T0410JX142155.
D. John Deere shall have an approved secured claim of $117,844.96 and an approved unsecured claim of $18,844.96 for Proof of Claim #86 on the 2006 John Deere 240D LC SN FF240DX605352 and a 2007 John Deere 850J SN T0850JX140830.
E. Each party shall bear the attorney fees regarding the Adversary and claim objections that were filed.
F. The treatment of John Deere's Class 5 claim in the Debtor's Plan of Reorganization shall be substantially similar to the treatment listed below.

| Class # | Description | Insider? (Yes or No) | Impairment | Treatment |
|---|---|---|---|---|
| Class 5 | Secured claim of John Deere Financial<br><br>**Collateral description =**<br><br><br>Secured to JD310SK Loader/Backhoe<br>Secured Claim Amount = $68,797.61<br><br>Secured to JD410J Loader/Backhoe<br>Secured Claim Amount = =$36,415.93<br><br>Secured to JD850J DZ Vin 0830; JD240 VIN 5352<br>Secured Claim Amount = $117,844.96<br><br>Total Allowed Secured Amount =$223,058.50<br><br>Priority of lien = 1<br><br>Total Principal owed=$223,058.50<br><br>Total claim=$223,058.50 | No | Impaired | This treatment cures any possible default under the original loan documents.<br><br>Treatment of Lien         =Retain lien until paid in full<br><br>JD310SK Loader/Backhoe Monthly Payment of $ 1,730.83 Interest Rate of 2.9%<br><br>JD410J Loader/Backhoe Monthly Payment of $1,368.24 Interest Rate of 7.15%<br><br>JD850J DZ Vin 0830; JD240 VIN 5352 Monthly Payment of $4,406.39 Interest Rate of 5.4% |

G. The interest on the Class 5 claim starts from the Petition Date on the secured amounts listed above.
H. John Deere's total Class 6 claim shall be $170,480.00. This reflects the previous Class 6 claim of $128,321.50 plus an increase of $42,158.50 for the unsecured portions of Proofs of Claim 86, 89, and 90.

Debtor believes the settlement is fair, equitable, and in the best interest of the Estate.

**IF YOU OBJECT** to the Motion, you must file a written objection or response with the Clerk of the United States Bankruptcy Court, Dennis Chavez Federal Building and United States Courthouse, 500 Gold Avenue SW, Tenth Floor, PO Box 546, Albuquerque, NM 87103-0546, **within twenty-one (21) days of the date of mailing of this notice plus three (3) days for service of this Notice by mail, for a total of twenty-four (24) days.** If you are an attorney, you must file your objection electronically. You must provide a copy of your objection to William F. Davis & Assoc., P.C., William F. Davis, Esq.

The Motion can be viewed for a per-page fee via the PACER (Public Access to

Electronic Court Records) system. Log on to PACER at ecf.nmb.uscourts.gov. For registration and use instructions, see pacer.psc.uscourts.gov/index.html. You may also view this document from a computer at the Clerk's Office between 8:30 am and 4:30 pm, Monday through Friday, at no charge.

If objections are timely filed, a hearing to consider them will be held before the Honorable David T. Thuma, United States Bankruptcy Judge, in the Dennis Chavez Federal Building and United States Courthouse, 500 Gold Avenue SW, Albuquerque, New Mexico on short notice to the Debtors, the United States Trustee and any objecting parties. If no objections are timely filed, the Court may consider entry of an Order granting the Motion without further notice.

*Note regarding appearing by telephone: If a hearing is held on the Objection, counsel/ parties may appear via telephone by making arrangements with chambers at least one business day prior to the date of the preliminary hearing. The preferred method for requesting appearance by telephone is to send an e-mail message to thumastaff@nmcourt.fed.us to notify the Court of your request to appear by telephone. The e-mail message should include the name of the person who wishes to appear by telephone, the party whom that person represents, the matter to be heard, the date and time of the hearing, the name of the debtor and case number, and the telephone number at which the requesting party wishes to be called. If the party requesting telephonic appearance does not have access to e-mail, that party can make arrangements to appear by telephone at the hearing by calling the chambers of Judge Thuma at ((505)-348-2430) at least one business day prior to the hearing date.*

Respectfully submitted,

WILLIAM F. DAVIS & ASSOC., P.C.
/s/ electronically filed on 01/03/17
William F. Davis, Esq.
6709 Academy Rd NE, Ste A
Albuquerque NM 87109
Telephone: (505) 243-6139
Fax: (505) 247-3185
*Attorneys for Debtor*

I hereby certify that I mailed a copy of the above Notice to the U.S. Trustee, the Debtor, the Unsecured Creditors Committee, all creditors of the Debtor, and to all counsel of record, all at their addresses of record herein. I attached a copy of the matrix sheet(s) used in this mailing to the original of this Notice.

Date of Mailing: 01/03/17        William F. Davis, Esq.
Number of Copies: 271            William F. Davis & Assoc., P.C.
                                 6709 Academy NE, Suite A
                                 Albuquerque, NM 87109
                                 (505) 243-6129

/s/ 01/03/17
William F. Davis, Esq.

Label Matrix for local noticing
1084-1
Case 15-12630-t11
District of New Mexico
Albuquerque
Tue Jan  3 08:53:20 MST 2017

4 Rivers Equipment
2301 Candelaria Rd. NE
Albuquerque, NM 87107-2038

7 Rivers Equipment
2301 Candelaria Rd. NE
Albuquerque, NM 87107-2038

A Sign Worx
5645 Hwy 64
Farmington, NM 87401-1558

A to Z Tire & Battery Inc.
PO Box 9138
Amarillo, TX 79105-9138

A&M Machine Works
PO Box 1196
Hobbs, NM 88241-1196

ABC Concrete Mfg C0 Inc
1004 S. Lake St
Farmington, NM 87401-5660

ABSW Refrigeration
PO Box 731
Hobbs, NM 88241-0731

AIM Supply
317 E. Murray Dr
Farmington, NM 87401-6617

AIRGAS USA LLC
110 West 7th St.
Suite 1400
Tulsa, OK 74119-1077

ALSCO
PO Box 1288
Farmington, NM 87499-1288

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

Advantas Internet Solutions
PO Box 2154
Farmington, NM 87499-2154

Air Compressor Soutions
3001 Kermit Hwy
Odessa, TX 79764-7306

Airgas USA, LLC
110 W 7th St. Ste. 1400
Tulsa, OK 74119-1077

Ally Bank Corp
PO Box 130424
Roseville, MN 55113-0004

Ally Financial
P.O. Box 380902
Minneapolis, MN 55438-0902

American Express
PO Box 981531
El Paso, TX 79998-1531

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

American Express Platinum
P.O. Box 650448
Dallas, TX 75265-0448

American Express Travel Related Services Com
Inc
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

American Fence Co. of NM
7212 E. Main
Farmington, NM 87402-5132

American Value & Meter, Inc.
PO Box 166
Hobbs, NM 88241-0166

Anchor Bolt and Supply Company
PO Box 908
Odessa, TX 79760-0908

Apache Sales, Inc.
PO Box 2186
Hobbs, NM 88241-2186

Aqua Express LLC
1708 N Dal Paso St., Ste 6
Hobbs, NM 88240-3053

Associated Supply Co., Inc.
PO Box 3888
Lubbock, TX 79452-3888

Auto Parts & Equipment Co.
Attn James Thrasher
911 San Juan Blvd.
Farmington, NM 87401-2721

Aztec Feed & Supply
216 S Main
Aztec, NM 87410-2123

Aztec Rental of Hobbs
329 E Navajo Dr.
Hobbs, NM 88240-9356

B&B Truck Parts
PO Box 3943
Farmington, NM 87499-3943

B&J Welding Supply Inc.
PO Box 3520
Lubbock, TX 79452-3520

BCWS LLC dba
Hobbs Welding Supply
123 N. Grimes
Hobbs, NM 88240-5595

Barracuda Equipment Rentals
901 W Washington Ave.
Midland, TX 79701-6665

Basin Tire & Auto, Inc.
1110 Hutton Ave.
Farmington, NM 87402-7000

Battery Systems Inc.
12322 Monarch St.
Garden Grove, CA 92841-2909

Benchmark Equipment
326 N Bergin Lane
Bloomfield, NM 87413-6728

Bill Williams Tire Center
1500 Rankin HWY
Midland, TX 79701-8117

Billings Electric, Inc.
PO Box 418
Farmington, NM 87499-0418

Blue Print Broadcasting
PO Box 57391
Chicago, IL 60657-7351

Bolt Masters Inc.
726 W Animas St.
Farmington, NM 87401-5617

Brandt Thrower
412 W. Arrington St.
Farmington, NM 87401-8404

Broadcast Billing Service
PO Box 236
Northbrook, IL 60065-0236

Broncos Services
PO Box 2404
Hobbs, NM 88241-2404

Bruckner's Truck Sales
4050 Bloomfield HWY
Farmington, NM 87401-2869

Bubble City Truck Wash
5658 HWY 64
Farmington, NM 87401-1563

CAT Financial Commerical
PO Box 84006
Columbus, GA 31908-4006

CER Equipment Rental
Nowak & Stauch
10000 N. Central Expressway
Suite 1040
Dallas, TX 75231-2322

CER Equipment Rental, LP
10000 North Central Expressway, Suite 10
Dallas, TX 75231-4177

Captial One Bank
PO Box 30285
Salt Lake City, UT 84130-0285

Cardinal Hardware & Lumber
Attn: Chris Meyers
1231 N. Main
Eunice, NM 88231

Cardinal Laboratories
101 E Marland
Hobbs, NM 88240-6640

Cat Fin Commercial Acct Corp.
CFCA-Attn: Jennifer Fye****251975
2120 WEST END
NASHVILLE, TN 37203-5251

Cat The Rental Store
PO Box 911291
Denver, CO 80291-1291

(p)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

Chad Firth d/b/a X-trem Fence
120 Bowie Circle
Brownwood, TX 76801-6552

Challenger Partners Stateline
PO Box 64442
Lubbock, TX 79464-4442

Chance Properties Co.
PO Box 1221
Kermit, TX 79745-1221

Chase Bank
PO Box 15298
Wilmington, DE 19850-5298

Chase Card Services
PO Box 15298
Wilmington, DE 19850-5298

| | | |
|---|---|---|
| Cisco Ford Equipment<br>520 SE Loop 338<br>Odessa, TX 79762-9767 | Citi Cards<br>Box 6500<br>Sioux Falls, SD 57117-6500 | City Pipe & Supply Corp.<br>PO Box 2112<br>Odessa, TX 79760-2112 |
| Compass Bank<br>PO Box 201347<br>Arlington, TX 76006-1347 | Compass Bank (Unsecured) Department<br>c/o Ascension Capital Group<br>PO Box 201347<br>Arlington, TX 76006-1347 | Complete Compliance<br>4809 Jefferson St. NE<br>Albuquerque, NM 87109-2102 |
| Comptroller of Public Accounts<br>P.O. Box 12020<br>Austin, TX 78711-2020 | Contractors Equipment Rent<br>6413 North State Highway 349, Bldg. B<br>Midland, TX 79705-2027 | Crazy JJJ's Hot Shot Service<br>PO Box 626<br>Flora Vista, NM 87415-0626 |
| Cromeens, Hollomon & Sibert, Inc. dba C<br>3800 E. 42nd St., Suite 409<br>Odessa, TX 79762-5928 | Crouch Mesa Trailer Sales<br>37A CR 5577<br>Farmington, NM 87401-1418 | Crown Equipment<br>PO Box 1321<br>Odessa, TX 79760-1321 |
| Custom Truck & Equipment<br>7701 E 24 HWY<br>Kansas City, MO 64125 | DXP Enterprises, Inc.<br>7272 Pinemont<br>Houston, TX 77040-6606 | Darby Equipment Company<br>2940 N. Toledo Ave.<br>Tulsa, OK 74115-2707 |
| William F. Davis<br>6709 Academy NE, Suite A<br>Albuquerque, NM 87109-3363 | DeWees Tool & Supply Inc.<br>c/o Brandt Thrower Law Firm, P.C.<br>412 W. Arrington St.<br>Farmington, NM 87401-8404 | Demand Safety<br>1505 University Blvd. NE<br>Albuquerque, NM 87102-1708 |
| Dewees Tools & Supply Co.<br>705 W Main St.<br>Farmington, NM 87401-5640 | Dex Media<br>PO Box 78041<br>Phoenix, AZ 85062-8041 | Diamond Vogel Paint<br>PO Box 16388<br>Denver, CO 80216-0388 |
| Diners Club<br>PO Box 6101<br>Carol Stream, IL 60197-6101 | Directory Plus<br>162 Stewart Street<br>Durango, CO 81303-7999 | Ditch Witch of New Mexico, Inc.<br>2520 Comanche Road NE<br>Albuquerque, NM 87107-4704 |
| Don's Directory, Inc.<br>3500 Clear Fork Road<br>Crawford, CO 81415-9716 | ESSCO Pipe & Supply Inc<br>2600 W Main Street<br>Farmington, NM 87401-3240 | Enduro Pipeline Services Inc.<br>P.O. Box 3489<br>Tulsa, OK 74101-3489 |
| English Color Supply<br>Dept. #41536<br>PO Box 650823<br>Dallas, TX 75265-0823 | Enterprise FM Trust<br>7201 S Fulton St.<br>Centennial, CO 80112-3725 | Enviro-Co Oilfield Service Inc.<br>PO Box 836<br>Flora Vista, NM 87415-0836 |

Farmington Heating & Metal
703 W Broadway
Farmington, NM 87401-5607

Farmington Muffler, LLC
637 W Broadway
Farmington, NM 87401-5910

Fenner Dunlop Conveyor SVC
PO Box 347625
Pittsburgh, PA 15251-4625

Filter Supply dba
Truck & industrial Supply, LLC
5658 US Hwy 64
Farmington, NM 87401-1563

Fleetmatics
7373 N. Scottsdale Rd., A178
Paradise Valley, AZ 85253-3550

Fleetpride-Southwest
PO Box 847118
Dallas, TX 75284-7118

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ford Motor Credit Company LLC
c/o Atty Allan L. Wainwright
800 Lomas NW, Ste. 100
Albuquerque, NM 87102-1976

Forza Safety LLC
P.O. Box 460
Shallowater, TX 79363-0460

Fostel Enterprises, LLC dba
Slicks Auto Supply
PO Box 1126
Kermit, TX 79745-1126

Four Corners Community Bank
Attn Joshua D. Bollacker
500 W. Main
Farmington, NM 87401-8444

Four Corners Community Bank
c/o Askew & Mazel, LLC
320 Gold Ave Ste. 300A
Albuquerque, NM 87102-3232

Four Corners Materials
23500 S 1900 , Ste 200
Ogden, UT 84401

Four Corners Services Co.
6605 E Main
Farmington, NM 87402-5123

Four States Gasket & Rubber, Inc.
475 E. Cedar
Farmington, NM 87401-7169

Franks Supply Company, Inc.
3311 Stanford Dr. NE
Albuquerque, NM 87107-2006

GE Capital
P.O. Box 3083
Cedar Rapids, IA 52406-3083

GE Capital Commercial Inc.
300 E John Carpenter Fwy
Irving, TX 75062-2727

Gene's Frame & Alignment Inc.
1213 Acacia St.
Farmington, NM 87401-7165

Globe Energy Service
3204 W Hwy 180
Snyder, TX 79549-7858

Globe Energy Services, LLC
PO Box 204676
Dallas, TX 75320-4676

Golden Equipment
1150 Madison Lane
Farmington, NM 87401-2865

Golden Equipment Company
721 Candelaria Rd NE
Albuquerque, NM 87107-2122

Grainger Industrial Supply
Dept. 856620679
PO Box 419267
Kansas City, MO 64141-6267

H & E Equipment Services, Inc.
7500 Pecue Ln
Baton Rouge, LA 70809-5107

H&E Equipment
PO Box 849850
Dallas, TX 75284-9850

Haller-Phillips, Inc.
PO Box 67
Hobbs, NM 88241-0067

Harpole Construction, Inc.
P.O. Box 27
Farmington, NM 87499-0027

Harpole Development Inc.
PO Box 27
Farmington, NM 87499-0027

Hertz Equipment Rental Corp.
PO Box 650280
Dallas, TX 75265-0280

Hi-Country Buick, GMC Inc.
1700 San Juan Blvd.
Farmington, NM 87401-2214

Higginbotham Bartlett Co, NM
1913 25th St.
Snyder, TX 79549-2594

Hobbs Welding Supply, BCWS
123 N. Grimes
Hobbs, NM 88240-5595

Home Depot Credit Services
PO Box 790345
Saint Louis, MO 63179-0345

Honnen Equipment
5055 E. 72nd. Ave.
Commerce City, CO 80022-1596

Honstein Oil
11 Paseo Real
Santa Fe, NM 87507-8482

(p)HOWARD SUPPLY COMPANY LLC
1749 S LOOP AVE
CASPER WY 82601-9229

Ibarra Trucking
2801 E Elm St.
Farmington, NM 87401-7921

Indian Fire & Safety
PO Box 1306
Hobbs, NM 88241-1306

Industrial Maintenance Contractor
2301 Garden City Hwy
Midland, TX 79701-1549

Inland Kenworth, Inc.
3924 Bloomfiled Hwy.
Farmington, NM 87401-2832

Intermountain Processing & Fabrication
Attn Mark Schwab
PO Box 3206
Farmington, NM 87499-3206

Interstate Battery System of Pecos River
PO Box 3712
Hobbs, NM 88241-3712

Interstate Billing Service Inc.
Attn: Whitney Marsh
PO Box 2250
Decatur, AL 35609-2250

JB Electric LLC
PO Box 171
Carlsbad, NM 88221-0171

Jal Auto Service & Tires
PO Box 263
Jal, NM 88252-0263

Jal County Club
PO Box 1283
1001 N 3rd St.
Jal, NM 88252-1283

Jalu Fasterners, Inc.
214 W Animas
Farmington, NM 87401-6406

Jerry Harpole
P.O. Box 27
Farmington, NM 87499-0027

Jerry and Debbie Harpole
PO Box 27
Farmington, NM 87499-0027

John Deere Construction & Forestry Company
d/b/a John Deere Financial
PO Box 6600
Johnstone, IA 50131-6600

John Deere Financial
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6600

KIVA Measuring Sales & Service
2791 D road
Grand Junction, CO 81501-2779

Kirby Smith Machinery (KSM)
7301 E. I-20
Odessa, TX 79765

Kirby Smith Machinery, Inc
Suite 4400
Dallas, TX 75201

Kwal Paint
2317 E Main
Farmington, NM 87401-7719

Kysar Insurance Agency
300 W. Arrington, Ste. 100
Farmington, NM 87401-8470

LI-AN, Ltd
7336 Island Green Drive
Boulder, CO 80301-3773

Lea County Septic Tank Service
PO Box 703
Hobbs, NM 88241-0703

Limons Road Service
PO Box 831214
San Antonio, TX 78283-1214

Lindsay Water Sales
PO Box 568
Pecos, TX 79772-0568

M&R Trucking
c/o Atty Seth V Bingham
PO Box 869
Farmington, NM 87499-0869

M&R Trucking, Inc.
Butch Mathews, President
PO Box 600
Farmington, NM 87499-0600

M&R Trucking, Inc.
PO Box 600
Farmington, NM 87499-0600

Bruce F. Malott
O2 Consulting Group
901 3rd Street NW, Suite A
Albuquerque, NM 87102-2235

Marquez Industrial Rental
311 W Cedar
Farmington, NM 87401-5928

Mass Marketing Inc.
7209 Dixie Hwy
Fairfield, OH 45014-5544

McBride Supplies It All, LLC
P.O. Box 1105
Hobbs, NM 88241-1105

McJunkin Read Man Corp.
PO Box 676316
Dallas, TX 75267-6316

Mendford Trucking
PO Box 87
Wink, TX 79789-0087

Metro Equipment & Rental Co. Inc.
PO Box 60331
Midland, TX 79711-0331

Midwest Hose & Specialty Inc.
PO Box 96558
Oklahoma City, OK 73143-6558

Mo-Te
PO Box 223
Farmington, NM 87499-0223

Murdock-York Co. Inc. dba
York Tire Co.
1400 N. Grimes
Hobbs, NM 88240-3726

NAPA Auto Parts-Big Springs
306 S Gregg St.
Big Spring, TX 79720-2436

NAPA Auto Parts-Odessa
409 E 2nd St.
Odessa, TX 79761-5431

NAPA Auto parts-Lordsburg
102 S Animas St.
Lordsburg, NM 88045-1902

NM Taxation & Revenue Dept.
PO Box 8575
Albuquerque, NM 87198-8575

NRE Field Services, LLC
3040 south Side River Rd.
Farmington, NM 87401-7965

NTACT I&E Ltd.
P.O. Box 13328
Odessa, TX 79768-3328

NVI - Nondestructive
1404 Rice Road, Suite 200
Tyler, TX 75703-3262

NVI LLC dba Nondistructive
P.O. Box 1690
Gray, LA 70359-1690

Nelson Revegetation LLC
3040 Southside River Road
Farmington, NM 87401-7965

New Mexico Department of Workforce Solutions
fka NM Dept of Labor
PO Box 1928
Attn: Legal Section
Albuquerque, NM 87103-1928

New Mexico Workforce Solutions
PO Box 1928
Albuquerque, NM 87103-1928

Noel's Inc.
601 Scott Ave.
Farmington, NM 87401-7177

O.R.E. Systems, Inc.
PO Box 3677
Farmington, NM 87499-3677

ORYX Oilfield Services, LLC
Attn: Matthew J Mahone
611 South Main Street
Grapevine, TX 76051-5376

Off Again Drivelines, Inc.
613 E Murray
Farmington, NM 87401-6623

Oil & Gas Equipment Corporation
Attn: Sue Lassier
8 Road 35o
Flora Vista, NM 87415

| | | |
|---|---|---|
| On the Spot Cleaning<br>PO Box 31<br>Kirtland, NM 87417-0031 | P&A Maintenance & Repair LLC<br>PO Box 59<br>Jal, NM 88252-0059 | PSS Companies<br>1010 Lamar St., Ste. 710<br>Houston, TX 77002-6312 |
| Parts 4 Plus<br>321 S Turner<br>Hobbs, NM 88240-8441 | Permian Auto Group<br>701 Navajo Drive<br>Hobbs, NM 88240-9447 | Pipeline Intelligence Co.<br>PO Box 1099<br>Missouri City, TX 77459-1099 |
| Pipetech<br>3909 S. Elwood Ave.<br>Tulsa, OK 74107-5819 | Pipetech, LLC<br>c/o NCS<br>729 Miner Road<br>Highland Heights, OH 44143-2117 | Radio America<br>PO Box 3307<br>Oak Park, IL 60303-3307 |
| Redburn Tire Co.<br>PO Box 14828<br>Phoenix, AZ 85063-4828 | Rig Equipment & Supply<br>PO Box 3128<br>Farmington, NM 87499-3128 | Rising Sun Plumbing<br>PO Box 3128<br>Aztec, NM 87410 |
| Roadrunner Car and Truck Wash<br>1616 W Aztec Blvd.<br>Aztec, NM 87410-1806 | Roberts Truck Center of New Mexico, LLC<br>dba Summit Truck Group<br>PO Box 1071<br>Amarillo, TX 79101 | Rojo Supply Company<br>PO Box 7180<br>Hobbs, NM 88241-7180 |
| Roper, Inc.<br>PO Box 1683<br>Odessa, TX 79760-1683 | Roper, Inc.<br>Attn: Jeff Isom<br>P.O. Box 1683<br>Odessa, TX 79760-1683 | Rush Truck Center<br>6521 Hanover Rd. NW<br>Albuquerque, NM 87121-7763 |
| SWAT IT Solutions, LLC<br>318 W Bender Blvd<br>Hobbs, NM 88240-2269 | Safety International<br>PO Box 12060<br>Odessa, TX 79768-2060 | Sam's Club/Synchrony Bank<br>ATTN: Bankruptcy Dept.<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| San Juan College School of Energy<br>4601 College Blvd.<br>Farmington, NM 87402-4699 | San Juan Quality Parts<br>438 E Broadway<br>Farmington, NM 87401-6442 | San Juan Reproduction<br>135 Airport Drive<br>Farmington, NM 87401-5599 |
| Sandy's Automotive<br>909 San Juan Blvd.<br>Farmington, NM 87401-2721 | Sani-Can<br>PO Box 60278<br>Midland, TX 79711-0278 | Seale Tire Sales and Service<br>200 W Hwy 302<br>Kermit, TX 79745 |
| Secor<br>17321 Groeschke Road<br>Houston, TX 77084-4625 | Serranos, Inc.<br>PO Box 126<br>Bloomfield, NM 87413-0126 | Sewer Equipment Co. of America<br>Attn:Cindy Lemm<br>1590 Dutch Road<br>Dixon, IL 61021-8624 |

| | | |
|---|---|---|
| Shamrock Steel Sales Inc.<br>PO Box 1492<br>Odessa, TX 79760-1492 | Shamrock Steel Sales, Inc.<br>c/o JT Morgan<br>P. O. Box 1311<br>Odessa, Texas 79760-1311 | Sherwin Williams Co.<br>202 E. Main<br>Farmington, NM 87401-2794 |
| Southern Tire Mart<br>12618 W I-20 East<br>Odessa, TX 79765-9428 | Southern Tire Mart, LLC<br>529 Industrial Park Road<br>Columbia, MS 39429-8783 | Southwest Construction Parts<br>PO Box 90310<br>Albuquerque, NM 87199-0310 |
| Southwest Eye Institute<br>1400 Common Drive<br>El Paso, TX 79936-5922 | Southwest Power Tools<br>2029 San Juan Blvd.<br>Farmington, NM 87401-2219 | Southwest Safety Service<br>PO Box 9227<br>Albuquerque, NM 87119-9227 |
| Southwestern Trailer<br>2602 W Marland<br>Hobbs, NM 88240-8653 | Staples - More Account<br>PO Box 6403<br>Sioux Falls, SD 57117-6403 | Steven D. Schlagel CPA<br>827 Barbara Drive<br>Farmington, NM 87401 |
| Steven D. Schlagel, CPA. PC<br>827 Santa Barbara Drive<br>Farmington, NM 87401-4041 | Summit Truck Group<br>1825 Lakeway Dr, Suite 700<br>Lewisville, TX 75057-6047 | Summit Truck Group<br>5444 US Hwy 64<br>Farmington, NM 87401-1550 |
| Sunbelt Equipment Marketing<br>500 Davenport Drive<br>College Station, TX 77845-8421 | Sunbelt Equipment Marketing, Inc.<br>c/o Atty Stephen D. Ingram<br>40 First Plaza NW, Suite 610<br>Albuquerque, NM 87102-5801 | Superior Printing Service<br>517 East Broadway<br>Hobbs, NM 88240-6198 |
| Supervisors Safety<br>PO Box 9227<br>Albuquerque, NM 87119-9227 | Synchrony Bank c/o Recovery Management Syste<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | T. Hill Production Services, Inc.<br>PO Box 424<br>Big Lake, TX 76932-0424 |
| TSClark LLC, dba<br>A-1 Auto Glass<br>1999 San Juan Blvd.<br>Farmington, NM 87401-2217 | Taxation and Revenue Department of the State<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | Taylor's Weed & Pest Control Services,<br>PO Box 1536<br>Hobbs, NM 88241-1536 |
| Tex Mex Rentals and Service LLC<br>2604 NW County Road<br>Hobbs, NM 88240-9237 | Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Comptroller of Public Accounts and Tex<br>Kimberly A. Walsh<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Texas Workforce Commission<br>3649 Leopold St., Box 15<br>Corpus Christi, TX 78403-0015 | Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>Office of the Atty Gen, BK - Collection<br>PO Box 12548<br>Austin, TX 78711-2548 | The Local Pages<br>4910 W Amelia Earhart Dr., Suite 1<br>Salt Lake City, UT 84116-2831 |

| | | |
|---|---|---|
| The Supply House<br>PO Box 1496<br>Hobbs, NM 88241-1496 | Therapy One Inc.<br>3501 N Butler, #101<br>Farmington, NM 87401-6430 | Travelers Indemnity Company<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 361345<br>Columbus, OH 43236-1345 |
| Travelers Insurance<br>One Tower Square -9CR<br>Hartford, CT 06183-0002 | Triple S Steel Co.<br>PO Box 21119<br>Houston, TX 77226-1119 | United Rentals (NA) Inc.<br>PO Box 840514<br>Dallas, TX 75284-0514 |
| United States Trustee<br>PO Box 608<br>Albuquerque, NM 87103-0608 | Unsecured Creditors Committee<br>20 First Plaza NW, Ste. 500<br>Albuquerque, NM 87102-5800 | Vermeer Equipment<br>3025 N State Hwy 161<br>Irving, TX 75062-2137 |
| Vermeer Sales Southwest<br>Attn: Kyle Pieratt<br>436 South Hamilton Ct.<br>Gilbert, AZ 85233-5521 | Village of Cuba Water & Sewer<br>PO Box 426<br>Cuba, NM 87013-0426 | Wagner Equipment Co.<br>4000 Osuna RD., NE<br>Albuquerque, NM 87109-4423 |
| Wallach Concrete<br>PO Box 14168<br>Odessa, TX 79768-4168 | Warren CAT<br>PO Box 905229<br>Charlotte, NC 28290-5229 | Waste Management<br>Bankruptcy Department<br>2625 W. Grandview Rd. Ste 150<br>Phoenix, AZ 85023-3109 |
| Wavco Pipe & Steel<br>3900 Moringstar Drive<br>Farmington, NM 87401-8813 | Well Site Solutions<br>1000 W Apache<br>Farmington, NM 87401-3805 | Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 |
| Wells Fargo Business Direct<br>PO Box 348750<br>Sacramento, CA 95834-8750 | Wells Fargo Equipment Finance, Inc.<br>2700 S. Price Road, 3rd Floor<br>Chandler, AZ 85286-7804 | Wells Fargo Finance<br>733 Marquette Ave., Ste. 700<br>Minneapolis, MN 55402-2340 |
| West Texas Boring<br>PO Box 69396<br>Odessa, TX 79769-0396 | Western Supplies Inc.<br>PO Box 551<br>Wichita Falls, TX 76307-0551 | Western Tool Crib<br>2601 E. Main St.<br>Farmington, NM 87401-7725 |
| Whiteway, Inc.<br>1907 Murray Drive<br>Farmington, NM 87401-7893 | William S. Hommel<br>1404 Rice Road, Suite 200<br>Tyler, TX 75703-3262 | Worldwide Machinery Pipeline<br>P.O. Box 122615<br>Dallas, TX 75312-2615 |
| Wright Express (WEX)<br>P.O. Box 6293<br>Carol Stream, IL 60197-6293 | X-trem Fence<br>125 Bowie Circle<br>Brownwood, TX 76801-6559 | Yellowhouse Machinery<br>P.O. Box 31388<br>Amarillo, TX 79120-1388 |

| | | |
|---|---|---|
| Youngs Factory Built Home<br>4830 E Seminole Hwy<br>Hobbs, NM 88240-8931 | Ziems Ford Corners<br>PO Box 5070<br>Farmington, NM 87499-5070 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caterpillar Financial<br>2120 West End Avenue<br>PO Box 340001<br>Nashville, TN 37203-0001 | Ford Credit<br>National Bankruptcy Service Center<br>PO Box 62180<br>Colorado Springs, CO 80962 | Howard Supply Company<br>PO Box 4869, Dept. 312<br>Houston, TX 77210-4869 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ally Bank Corp. | (u)Caterpillar Financial Services Corporation | (u)Enterprise Fleet Management, Inc. |
| (u)Ford Motor Credit Company LLC | (u)Four Corners Community Bank | (u)JERRY HARPOLE |
| (u)Deborah Harpole | (d)Howard Supply Company, LLC<br>1749 S. Loop Ave.<br>Casper, WY 82601-9229 | (d)Jerry Harpole<br>PO Box 27<br>Farmington, NM 87499-0027 |
| (u)John Deere Construction & Forestry Company | (d)Pipetech, LLC<br>c/o NCS<br>729 Miner Road<br>Highland Heights, OH 44143-2117 | (u)Sunbelt Equipment Marketing, Inc. |
| (u)Wells Fargo Equipment Finance, Inc. | (u)Western Refining Pipeline, LLC | (u)Western Refining Southwest, Inc. |
| (u)Western Refining Terminals, LLC | (u)X-Treme Fence | End of Label Matrix<br>Mailable recipients 271<br>Bypassed recipients 17<br>Total 288 |