Dennis Chavez Federal Building and United States Courthouse  
500 Gold Avenue SW, 13th Floor  
PO Box 546  
Albuquerque, NM 87103−0546  
505−348−2500/866−291−6805  
www.nmb.uscourts.gov

Case No.: 15−12630−t11  
Chapter: 11  
Judge: David T. Thuma  
Judge/341 Location: TA

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Harpole Construction, Inc.  
a New Mexico Domestic Profit  
P.O. Box 27  
Farmington, NM 87499  
Tax ID No: 47−0886258

### NOTICE VACATING HEARING

Notice is hereby given that the **Confirmation Hearing** set for **1/27/17 at 09:00** before the **Honorable David T. Thuma** has been vacated.

(Document number, referenced docket text, and filer as shown below):

*274* – Second Amended Chapter 11 Plan. The plan has not been confirmed. Filed by Debtor Harpole Construction, Inc. (RE: related document(s)236 Amended Chapter 11 Plan). (Davis, William)

*343* – Order Continuing Trial and Confirmation Hearing. (jmr)

**BY ORDER OF THE COURT**  
Norman H. Meyer, Jr.  
Clerk of Court